UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _UAS_ D.C.
AUG 3 0 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

LIZ EDDY DBA HOSTSPHERE.COM, )
)
Plaintiff, )
) Civil **Case No.**
v. ) **12-cv-23153-SEITZ/SIMONTON**
)
MATCH.COM, L.L.C.; CITIZENHAWK, INC; )
and JOHN DOES 1-100, )
)
Defendants. )

## NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing COMPLAINT AND DEMAND FOR JURY TRIAL is being filed conventionally for the following reason:

☐ A Court Order (copy attached).

This is a filing pursuant to GENERAL CIVIL CASE FILING REQUIREMENTS REVISED JULY 3, 2007 entitled Section B) Pro se litigants, or individuals who represent themselves, will not be permitted to file electronically or receive notices electronically. Pro se litigants must file all documents conventionally. (See CM/ECF Administrative Procedures.)

☐ It cannot be converted to an electronic format.
☐ A technical failure of the Court's CM/ECF website on date .

Respectfully submitted,

Dated: 08/28/2012

Liz Eddy DBA HOSTSPHERE.COM
Email: docket@hostsphere.com
2683 Via De La Valle, Suite G510
Del Mar, CA 92014
Telephone: (619) 885-8500
Facsimile: (800) 743-9260
Pro se