```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100044464
Cashier ID: vthomas
Transaction Date: 08/30/2012
Payer Name: LAW OFFICE OF MICHAEL P. EDD
Y
--------------------------------------
CIVIL FILING FEE
 For: LAW OFFICE OF MICHAEL P. EDDY
 Case/Party: D-FLS-1-12-CV-023153-001
 Amount:         $350.00
--------------------------------------
CHECK
 Check/Money Order Num: 2207
 Amt Tendered: $350.00
--------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```