UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23153-CIV-SEITZ/SIMONTON

LIZ EDDY DBA HOSTSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC; CITIZENHAWK, INC;
and JOHN DOES 1-100,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court *sua sponte*. It is unclear from the Complaint [DE 1] whether the real party in interest is Liz Eddy, an individual, or hostsphere.com, a website. The named Plaintiff is "Liz Eddy DBA Hostsphere.com" and the Complaint appears to be signed by Liz Eddy. To the extent that Liz Eddy is the real party in interest, she may proceed *pro se*. However, if hostsphere.com is the real party in interest, it must retain counsel as a corporation may not proceed in litigation *pro se*. *Colony Ins. Co. v. Total Contr. and Roofing, Inc.*, 2010 WL 5093663 (S.D. Fla. December 8, 2010) (*citing Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)) Accordingly, upon review, it is

ORDERED THAT

No later than **October 22, 2012**, Plaintiff shall file a notice setting forth whether Liz Eddy or hostsphere.com is the real party in interest in this case. Failure to do so may result in dismissal of this case on the ground that Plaintiff appears to be a corporation that is proceeding without counsel.

DONE and ORDERED in Miami, Florida, this 28th day of September, 2012.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Honorable Andrea M. Simonton
       All counsel of record/*Pro Se* Plaintiff