UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED by \_\_\_\_ D.C.

OCT 22 2012

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. - MIAMI

LIZ EDDY DBA HOSTSPHERE.COM,             )
                                          )
Plaintiff,                                )
                                          )
                                          ) CASE NO. 12-23153-CIV-SEITZ/SIMONTON
v.                                        )
                                          )
MATCH.COM, L.L.C.; CITIZENHAWK, INC;      )
and JOHN DOES 1-100,                      )
                                          )
Defendants.                               )
_____)

**PLAINTIFF'S NOTICE IN REPLY TO ORDER FOR CLARIFICATION**

Plaintiff Liz Eddy DBA Hostsphere.com hereby responds to Judge Seitz's September 28, 2012 Order For Clarification by filing this Notice stating that she is an individual doing business as ("DBA") Hostsphere.com at the website location http://www.hostsphere.com. Liz Eddy is the real party in interest, she is an individual and not a corporation, and she filed the Complaint [DE 1] pro se.

Dated: October 18, 2012                    Respectfully submitted,

                                           _____
                                           Liz Eddy DBA HOSTSPHERE.COM
                                           Email: docket@hostsphere.com
                                           2683 Via De La Valle, Suite G510
                                           Del Mar, CA 92014
                                           Telephone: (619) 884-8500
                                           Facsimile: (800) 743-9260
                                           Pro se

1