AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LIZ EDDY DBA HOSTSPHERE.COM,

*Plaintiff(s)*

v.   Civil Action No. 12-cv-23153-SEITZ/SIMONTON

MATCH.COM, L.L.C. ; CITIZENHAWK, INC.;
and JOHN DOES 1-100,

*Defendant(s)*

FILED by CBL D.C.
OCT 22 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITIZENHAWK, INC, 27068 LA PAZ STE 104, ALISO VIEJO CA 92656.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Liz Eddy DBA Hostsphere.com
2683 Via DeLa Valle, Ste. G510, Del Mar CA 92014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: 10/22/12

C. Baumfalu
*Signature of Clerk or Deputy Clerk*