UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED by _____ D.C.
OCT 22 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

LIZ EDDY DBA HOSTSPHERE.COM,  )
                              )
Plaintiff,                    )
                              ) CASE NO. 12-23153-CIV-SEITZ/SIMONTON
v.                            )
                              )
MATCH.COM, L.L.C.; CITIZENHAWK, INC; )
and JOHN DOES 1-100,          )
                              )
Defendants.                   )
_____)

### NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing PLAINTIFF'S NOTICE IN REPLY TO ORDER FOR CLARIFICATION is being filed conventionally for the following reason:

> This is a filing pursuant to GENERAL CIVIL CASE FILING REQUIREMENTS REVISED JULY 3, 2007 entitled Section B) stating that pro se litigants, or individuals who represent themselves, will not be permitted to file electronically or receive notices electronically. Pro se litigants must file all documents conventionally. (See CM/ECF Administrative Procedures.)

☐ A Court Order (copy attached).
☐ It cannot be converted to an electronic format.
☐ A technical failure of the Court's CM/ECF website on date .

Dated: 22 October 2012         Respectfully submitted,

_____
Liz Eddy DBA HOSTSPHERE.COM
Email: docket@hostsphere.com
2683 Via De La Valle, Suite G510
Del Mar, CA 92014
Telephone: (619) 885-8500
Facsimile: (800) 743-9260
Pro se