**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

FILED by AJS D.C.

DEC 10 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI

LIZ EDDY DBA HOSTSPHERE.COM,

Plaintiff,

v.

CASE NO. 12-23153-CIV-SEITZ/SIMONTON

MATCH.COM, L.L.C.; CITIZENHAWK, INC;
and JOHN DOES 1-100,

Defendants.

**PLAINTIFF'S NOTICE & MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT**

Plaintiff Liz Eddy DBA Hostsphere.com hereby moves for an extension of time in which to file to the Joint Scheduling Report ordered by Judge Seitz on October 26, 2012:

1. The Summon, Complaint and Order for Joint Scheduling Report will be served upon the Defendants December 11, 2012.

2. The Joint Scheduling Order Report will be filed within 30 days after date of service.

Dated: December 10, 2012

Respectfully submitted,

[signature]

Liz Eddy DBA HOSTSPHERE.COM
Email: docket@hostsphere.com
2683 Via De La Valle, Suite G510
Del Mar, CA 92014
Telephone: (619) 884-8500
Facsimile: (800) 743-9260
Pro se

1