Liz Eddy
v.
Match.com L.L.C.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FILED by AJS D.C.

DEC 1 0 2012

Case No. 12-cv-23153

## CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below for future filings:

☐ Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

☒ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☐ Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

Date: 12-10-12

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: A. Sandoval
Deputy Clerk

Revised March 2012