UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23153-CIV-SEITZ/SIMONTON

LIZ EDDY DBA HOSTSPHERE.COM,

      Plaintiff,

v.

MATCH.COM, LLC; CITIZENHAWK, INC;
and JOHN DOES 1-100,

      Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

THIS MATTER is before the Court upon Plaintiff's Motion for Extension of Time to File Joint Scheduling Report [DE 12]. Plaintiff states that the Summons, Complaint, and Order Requiring Joint Scheduling Report will be served on Defendants on December 11, 2012 and, as such, seeks an extension of time to file the Joint Scheduling Report. Upon review, it is

ORDERED THAT

Plaintiff's Motion for Extension of Time to File Joint Scheduling Report [DE 12] is GRANTED. The parties shall file the Joint Scheduling Report no later than **January 11, 2013.**

DONE and ORDERED in Miami, Florida, this _11_ day of December, 2012.

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       *Pro Se* Plaintiff