UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23l53-CIV-SE1TZ/SIMONTON

LIZ EDDY D/B/A HOSTSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC, CITIZENHAWK, INC.,
and JOHN DOES 1-100,

    Defendants.
_____/

## NOTICE OF APPEARANCE

We request the Clerk of the above-styled Court to enter the appearance of Alan G. Greer of the law firm of RICHMAN GREER, P.A. in this case as counsel for Defendant, MATCH.COM, LLC.

DATED:  December 31, 2012

Respectfully submitted,

/s/ Chad J. Gottlieb
ALAN G. GREER
Florida Bar No.: 123294
agreer@richmangreer.com
MARK A. ROMANCE
Florida Bar No.: 021520
mromance@richmangreer.com
CHAD J. GOTTLIEB
Florida Bar No.: 064838
cgottlieb@richmangreer.com
**RICHMAN GREER, P.A.**
*Attorneys for Defendant Match.com, LLC*
396 Alhambra Circle
North Tower – 14th Floor
Miami, FL  33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **December 31, 2012** a true and correct copy of the foregoing, was electronically filed with the Clerk using the CM/ECF filing system and served upon on all counsel of record or *pro se* parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Liz Eddy D/B/A HOSTSPHERE.COM
2683 Via De La Valle, Suite G510
Del Mar, CA 92014 (*pro se*)
Via regular mail and email (docket@hostsphere.com)

/s/ Chad J. Gottlieb
CHAD J. GOTTLIEB