UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23l53-CIV-SE1TZ/SIMONTON

LIZ EDDY D/B/A HOSTSPHERE.COM,

      Plaintiff,
v.

MATCH.COM, LLC, CITIZENHAWK, INC.,
and JOHN DOES 1-100,

      Defendants.
_____/

**DEFENDANT MATCH.COM, LLC'S MOTION FOR ENLARGEMENT OF
TIME TO SERVE A RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendant, MATCH.COM, LLC ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a)(1)(J), hereby files its Motion for Enlargement of Time to Serve a Response to the Plaintiff's Complaint, and states in support thereof as follows:

    1.    Defendant was allegedly served with process in this case on December 11, 2012 and, based on the undersigned's calculations, Defendant's response to the Complaint is due on Wednesday, January 2, 2013.

    2.    On or about December 28, 2012, undersigned counsel was retained to represent Defendant in this matter. Indeed, several aspects of the representation of Defendant in this matter are still being worked out as a result of the holidays and the undersigned's office being closed for the holidays until Wednesday, January 2, 2013.

    3.    In light of the foregoing, good cause exist to allow for an extension of time for Defendant to file its response to Plaintiff's Complaint to permit for the undersigned to review the Complaint with the appropriate representatives of Defendant and confer with Defendant

regarding the appropriate response thereto.

4. In addition, this matter involves complex legal and factual issues relating to, *inter alia*, trademark infringement under the Lanham Act, unfair competition, violations of the Anticybersquatting Consumer Protection Act, cancellation of various federally registered trademarks, and an underlying pending adminstrative proceeding under the Uniform Domain-Name Dispute-Resolution Policy, all of which warrant sufficient investigation and analysis by the Defendant and its counsel in order to prepare an appropriate response to the Plaintiff's Complaint.

5. Accordingly, Defendant respectfully requests the Court grant it an enlargement of time in the amount of 30 days up to and including Friday, February 1, 2013, to serve a response to Plaintiffs' Complaint.

6. On December 28, 2012, the undersigned emailed the *pro se* Plaintiff using the contact information listed in the Complaint requesting her position as to the relief requested herein and, on December 29, 2012, the undersigned telephoned the *pro se* Plaintiff and left a voicemail for her regarding same; however, to date, the Plaintiff has not responded to the undersigned's email or voicemail. Nothwithstanding, on information and belief, prior to retaining the undersigned, representatives of the Defendant also tried numerous times to contact the Plaintiff using the contact information listed in the Complaint to request an extension, but were also unable to get in contact with her.

7. No party will be prejudiced by the relief sought in this motion.

WHEREFORE, Defendant respectfully requests the Court enter an Order enlarging the time Defendant has to serve a response to Plaintiff's Complaint for 30 days, up to and including

February 1, 2013, and for such other relief as this Court deems just and proper.

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify counsel for the movant has attempted to confer with Plaintiff in a good faith effort to resolve the issues raised in this motion but has not yet received a response from the *pro se* Plaintiff. However, counsel for Defendant will continue to try to obtain the position of the Plaintiff in an effort to resolve the issues in this motion without additional judicial involvement.

DATED:  December 31, 2012

Respectfully submitted,

/s/ Chad J. Gottlieb
ALAN G. GREER
Florida Bar No.: 123294
agreer@richmangreer.com
MARK A. ROMANCE
Florida Bar No.: 021520
mromance@richmangreer.com
CHAD J. GOTTLIEB
Florida Bar No.: 064838
cgottlieb@richmangreer.com
**RICHMAN GREER, P.A.**
*Attorneys for Defendant Match.com, LLC*
396 Alhambra Circle
North Tower – 14th Floor
Miami, FL  33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **December 31, 2012** a true and correct copy of the foregoing, was electronically filed with the Clerk using the CM/ECF filing system and served upon on all counsel of record or *pro se* parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Liz Eddy DBA HOSTSPHERE.COM
2683 Via De La Valle, Suite G510
Del Mar, CA 92014 (*pro se*)
Via regular mail and email (docket@hostsphere.com)

/s/ Chad J. Gottlieb
CHAD J. GOTTLIEB