UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-23l53-CIV-SEITZ/SIMONTON

LIZ EDDY d/b/a HOSTSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC, CITIZENHAWK, INC.,
and JOHN DOES 1-100,

    Defendants.
_____/

## NOTICE OF APPEARANCE

We request the Clerk of the above-styled Court to enter the appearance of Mark A. Romance of the law firm of RICHMAN GREER, P.A. in this case as counsel for Defendant, MATCH.COM, LLC.

DATED:  January 2, 2013

Respectfully submitted,

/s/ Mark A. Romance
ALAN G. GREER
Florida Bar No.: 123294
agreer@richmangreer.com
MARK A. ROMANCE
Florida Bar No.: 021520
mromance@richmangreer.com
CHAD J. GOTTLIEB
Florida Bar No.: 064838
cgottlieb@richmangreer.com
**RICHMAN GREER, P.A.**
*Attorneys for Defendant Match.com, LLC*
396 Alhambra Circle
North Tower – 14th Floor
Miami, FL  33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 2, 2013** a true and correct copy of the foregoing, was electronically filed with the Clerk using the CM/ECF filing system and served upon on all counsel of record or *pro se* parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Via regular mail and email (docket@hostsphere.com) to:

Liz Eddy D/B/A HOSTSPHERE.COM
*Pro Se*
2683 Via De La Valle, Suite G510
Del Mar, CA 92014

                                                /s/ Mark A. Romance
                                                ALAN G. GREER
                                                MARK A. ROMANCE
                                                CHAD J. GOTTLIEB