UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23153-CIV-SEITZ

LIZ EDDY d/b/a HOSTSPHERE.COM,

    Plaintiff,

v.                                        **ORDER OF RECUSAL**

MATCH.COM, L.L.C., *et al.*,

    Defendants.
_____/

The undersigned Judge, to whom the above-styled cause was assigned, hereby recuses herself pursuant to 28 U.S.C. § 455 and refers this cause to the Clerk of Court for reassignment. The undersigned's husband is counsel of record for Defendant Match.com, LLC.

DONE AND ORDERED in Miami, Florida, this 2ND day of January, 2013.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Pursuant to the above Order of Recusal entered by Patricia A. Seitz, United States District Judge, and after a blind random drawing by the Clerk of this Court, all parties to this action are noticed as follows:

    1.    That the above-styled cause be and the same is hereby reassigned to the calendar of ___Marcia G. Cooke___, United States District Judge, for all further

proceedings, and

2.  That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows: 12-23153-CIV- Cooke / Simonton, thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D. Fla. L.R. 5.1(a)(5)(B).

DONE at the Federal Courthouse Square, Miami, Florida, this 2 day of January, 2013.

STEVEN M. LARIMORE
CLERK/COURT ADMINISTRATOR

By:_____
Deputy Clerk

cc:  Judge Patricia A. Seitz
Magistrate Judge Andrea M. Simonton
All Counsel of Record/Pro Se Parties
Edward Sieber, Case Administrator