UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23l53-CIV-COOKE/TURNOFF

LIZ EDDY D/B/A HOSTSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC, CITIZENHAWK, INC.,
and JOHN DOES 1-100,

    Defendants.
_____/

**FED. R. CIV. P. 7.1 DISCLOSURE FOR DEFENDANT MATCH.COM, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MATCH.COM, LLC states that it is a wholly-owned subsidiary of IAC/InterActiveCorp ("IAC"), a publicly traded company. No publicly traded company owns 10% or more of IAC's stock.

DATED:  January 4, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Chad J. Gottlieb
　　　　　　　　　　　　　　　　　　　　　ALAN G. GREER
　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 123294
　　　　　　　　　　　　　　　　　　　　　agreer@richmangreer.com
　　　　　　　　　　　　　　　　　　　　　MARK A. ROMANCE
　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 021520
　　　　　　　　　　　　　　　　　　　　　mromance@richmangreer.com
　　　　　　　　　　　　　　　　　　　　　CHAD J. GOTTLIEB
　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 064838
　　　　　　　　　　　　　　　　　　　　　cgottlieb@richmangreer.com
　　　　　　　　　　　　　　　　　　　　　**RICHMAN GREER, P.A.**
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Match.com, L.L.C.*
　　　　　　　　　　　　　　　　　　　　　396 Alhambra Circle
　　　　　　　　　　　　　　　　　　　　　North Tower – 14th Floor
　　　　　　　　　　　　　　　　　　　　　Miami, FL  33134
　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 373-4000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 373-4099

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 4, 2013** a true and correct copy of the foregoing, was electronically filed with the Clerk using the CM/ECF filing system and served upon on all counsel of record or *pro se* parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Via regular U.S. mail and E-mail (lizeddy@gmail.com)
Liz Eddy d/b/a HOSTSPHERE.COM
(*pro se*)
2683 Via De La Valle, Suite G510
Del Mar, CA 92014

                                                                           /s/ Chad J. Gottlieb
                                                                           CHAD J. GOTTLIEB