FILED by _PG_ D.C.

JAN 2 5 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-23153-SEITZ/SIMONTON

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Citizanhawk, Inc

was received by me on *(date)*      12/10/2012      .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jazmine Fanniel(Agent Authorized to Accept Service)  , who is

designated by law to accept service of process on behalf of *(name of organization)*   CITIZANHAWK, INC

_____ on *(date)*      12/11/2012      ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      12/12/2012

*Server's signature*

Angello Medina-Process Server
*Printed name and title*

**CALWEST**
**Attorney & Courier Service**
**3436 Foothill Blvd. # 144**
~~Server's address~~
**Glendale, CA 91214**

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LIZ EDDY DBA HOSTSPHERE.COM, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 12-cv-23153-SEITZ/SIMONTON |
| MATCH.COM, L.L.C. ; CITIZENHAWK, INC.; and JOHN DOES 1-100, | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITIZENHAWK, INC, 27068 LA PAZ STE 104, ALISO VIEJO CA 92656.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Liz Eddy DBA Hostsphere.com
2683 Via DeLa Valle, Ste. G510, Del Mar CA 92014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

*CLERK OF COURT*

Date: 10/22/12

C. Kaufhuth
*Signature of Clerk or Deputy Clerk*