**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 12-23153-CIV-COOKE/TURNOFF
MAGISTRATE JUDGE TURNOFF (Order of Ref. 1/15/2013, D.E. #24)

LIZ EDDY D/B/A HOSTSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC, CITIZENHAWK INC.,
and JOHN DOES 1-100,

    Defendants.

_____/

**RULE 7.1 STATEMENT OF DEFENDANT CITIZENHAWK INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CitizenHawk Inc. states that:

(1) it has no parent company; and (2) no publicly held corporation owns 10% or more of its stock.

Dated: January 30, 2013                      Respectfully submitted,

                                                          s/ Janet T. Munn
                                                          Janet T. Munn, Esq.
                                                          Florida Bar No. 501281
                                                          Email: jmunn@rascoklock.com
                                                          Rasco Klock, et al.
                                                          283 Catalonia Avenue, Suite 200
                                                          Coral Gables, FL 33134
                                                          Telephone: 305.476.7101
                                                          Telecopy: 305.476.7102

                                                          *Counsel for Defendant CitizenHawk Inc.*

CASE NO.:  12-23153-CIV-COOKE/TURNOFF
MAGISTRATE JUDGE TURNOFF (Order of Ref. 1/15/2013, D.E. #24)

*AND OF COUNSEL*

Jedediah Wakefield, Esq.*
Email:  jwakefield@fenwick.com
Fenwick & West LLP
Sean Wikner, Esq.*
Email: swikner@fenwick.com
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Telecopy:  415.281.1350

*Will Apply for Pro Hac Vice Admission*

CASE NO.:  12-23153-CIV-COOKE/TURNOFF
MAGISTRATE JUDGE TURNOFF (Order of Ref. 1/15/2013, D.E. #24)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk using the CM/ECF filing system and served upon all counsel of record and *pro se* parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system, or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

**Via regular mail and email: lizeddy@gmail.com**
Liz Eddy d/b/a HostSphere.com
2683 Via De La Valle, Suite G510
Del Mar, CA  92014 (Plaintiff *pro se*)


**Via CM/ECF and Email**
Alan Graham Greer, Esq.
Email:  agreer@richmangreer.com
Chad Gottlieb, Esq.
Email:  cgottlieb@richmangreer.com
Mark Anthony Romance, Esq.
Email:  mromance@richmangreer.com
Richman Greer, P.A.
396 Alhambra Circle
North Tower, 14th Floor
Miami, FL  33134

s/ Janet T. Munn
Janet T. Munn, Esq.

3