

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23153-CIV-COOKE/TURNOFF

LIZ EDDY D/B/A HOSTSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC, CITIZENHAWK INC.,
and JOHN DOES 1-100,

    Defendants.

_____/

**UNOPPOSED MOTION FOR JEDEDIAH WAKEFIELD TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Jedediah Wakefield, Esq. ("Mr. Wakefield") of the law firm of Fenwick & West LLP, 555 California Street, San Francisco, California 94104, Telephone No.: 415.875.2300, Telecopy No.: 415.281.1350, email address: jwakefield@fenwick.com, for purposes of appearance as co-counsel on behalf of Defendant CitizenHawk Inc. ("Defendant"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Wakefield to receive electronic filings in this case, and in support thereof states as follows:

1.    Mr. Wakefield is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of California.

2.    Mr. Wakefield is also admitted to and is a member in good standing of the following United States District Courts: (1) Northern District of California; (2) Central District

CASE NO.: 12-23153-CIV-COOKE/TURNOFF

of California; (3) Eastern District of California; and (4) Southern District of California. Mr. Wakefield is also admitted to the Ninth Circuit Court of Appeals.

2. Mr. Wakefield has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. See Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Janet T. Munn, Esquire, of the law firm of Rasco Klock, 283 Catalonia Avenue, Suite 200, Coral Gables, Florida 33134, Telephone No.: 305. 476.7101, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Mr. Wakefield has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A" and a certificate of good standing from the State Bar of California is attached hereto as Exhibit "B".

5. Mr. Wakefield, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jedediah Wakefield, Esq., at email address: jwakefield@fenwick.com.

CASE NO.: 12-23153-CIV-COOKE/TURNOFF

WHEREFORE, Janet T. Munn, Esquire, moves this Court for an Order for Jedediah Wakefield, Esquire, to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jedediah Wakefield, Esquire, at jwakefield@fenwick.com. A proposed Order is attached hereto as Exhibit "C."

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that Jedediah Wakefield, Esq., of Fenwick & West LLP, lead counsel for the movant, CitizenHawk, prior to filing this motion conferred with Plaintiff Liz Eddy in a good faith effort to resolve the issues raised in this unopposed motion and that Ms. Eddy has no objection to the relief sought in the motion. Further, counsel for the movant, Sean S. Wikner, Esq. of Fenwick & West LLP, also conferred with counsel for Defendant Match.com prior to filing this motion, who also responded that they did not oppose the relief sought in this motion.

Dated: February 4, 2013

Respectfully submitted,

_/s/ Janet J. Munn_
Janet T. Munn, Esq.
Florida Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock, et al.
283 Catalonia Avenue, Suite 200
Coral Gables, FL  33134

*Counsel for Defendant CitizenHawk Inc.*

3

CASE NO.: 12-23153-CIV-COOKE/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2013, a true and correct copy of the foregoing document was conventionally filed with the Clerk and served upon all counsel of record and *pro se* parties listed below in the manner stated.

**Via regular mail and email: lizeddy@gmail.com**
Liz Eddy d/b/a HostSphere.com
2683 Via De La Valle, Suite G510
Del Mar, CA 92014 (*pro se*)

**Via regular mail and email:**
Alan Graham Greer, Esq.
Email: agreer@richmangreer.com
Chad Gottlieb, Esq.
Email: cgottlieb@richmangreer.com
Mark Anthony Romance, Esq.
Email: mromance@richmangreer.com
Richman Greer, P.A.
396 Alhambra Circle
North Tower, 14th Floor
Miami, FL 33134

Janet T. Munn, Esq.

*Liz Eddy d/b/a HostSphere.com*
*v.*
*Match.com, LLC, CitizenHawk Inc. and John Does 1-100*

Case No.: 12-23153-CIV-COOKE/TURNOFF

EXHIBIT "A"

Rule 4(b) Certification
Filed in Support of the Motion
for Jedediah Wakefield to Appear
*Pro Hac Vice*, Consent to Designation and Request
to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23153-CIV-COOKE/TURNOFF

LIZ EDDY D/B/A HOSTSSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC, CITIZENHAWK INC.,
and JOHN DOES 1-100,

    Defendants.
_____/

## CERTIFICATION OF JEDEDIAH WAKEFIELD

Jedediah Wakefield, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

1.    I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

2.    I am a member in good standing of the State Bar of California, the United States District Courts for the Northern District of California, Central District of California, Eastern District of California, Southern District of California, and the Ninth Circuit Court of Appeals.

                                                                         _____
                                                                         JEDEDIAH WAKEFIELD

Date: February ___, 2013

*Liz Eddy d/b/a HostSphere.com*
*v.*
*Match.com, LLC, CitizenHawk Inc. and John Does 1-100*

Case No.: 12-23153-CIV-COOKE/TURNOFF

EXHIBIT "B"

Certificate of Good Standing
Filed in Support of the Motion
for Jedediah Wakefield to Appear
*Pro Hac Vice*, Consent to Designation and Request
to Electronically Receive Notices of Electronic Filing

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 29, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEDEDIAH WAKEFIELD, #178058 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

*Liz Eddy d/b/a HostSphere.com*
*v.*
*Match.com, LLC, CitizenHawk Inc. and John Does 1-100*

Case No.: 12-23153-CIV-COOKE/TURNOFF

EXHIBIT "C"
(Proposed) Order Granting the
Unopposed Motion for Jedediah Wakefield to Appear
*Pro Hac Vice*, Consent to Designation and Request
to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23153-CIV-COOKE/TURNOFF

LIZ EDDY D/B/A HOSTSPHERE.COM,

    Plaintiff,

v.

MATCH.COM, LLC, CITIZENHAWK INC.,
and JOHN DOES 1-100,

    Defendants.
_____/

**(PROPOSED) ORDER GRANTING THE
UNOPPOSED MOTION FOR JEDEDIAH WAKEFIELD TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE came before this Court on the Unopposed Motion for Jedediah Wakefield to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Unopposed Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Unopposed Motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that the Unopposed Motion is GRANTED. Jedediah Wakefield, Esq. may appear and participate in this action on behalf of Defendant CitizenHawk Inc.

CASE NO.: 12-23153-CIV-COOKE/TURNOFF

The Clerk shall provide electronic notification of all electronic filings to Jedediah Wakefield, Esq. at email address: jwakefield@fenwick.com.

DONE and ORDERED in Chambers, in Miami, Miami-Dade County, Florida, this ___ day of _____, 2013.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE


cc:     All Counsel of Record
        Liz Eddy d/b/a HostSphere.com, Plaintiff,
        *Pro Se*


4850-2097-6402, v. 1