UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-23153-Civ-COOKE/TURNOFF

LIZ EDDY, D/B/A HOSTSPHERE.COM,

    Plaintiff

vs.

MATCH.COM, LLC; CITIZENHAWK, INC.,
and JOHN DOES 1-100,

    Defendants.
_____/

## DEFENDANT CITIZENHAWK, INC.'S RESPONSE TO PLAINTIFF LIZ EDDY'S MOTION FOR ENLARGEMENT OF TIME

    Defendant CitizenHawk, Inc. hereby responds to Plaintiff Liz Eddy d/b/a Hostsphere.com's Motion for Enlargement of Time. Dkt. No. 43.

    Although CitizenHawk does not object to Ms. Eddy's requested extension of time to respond to Defendant Match.com's counterclaim (Dkt. No. 40), it wishes to correct an error in Ms. Eddy's motion and proposed order. The motion and proposed order incorrectly state that Defendant CitizenHawk filed a counterclaim (or cross complaint) against Ms. Eddy. It has not. CitizenHawk filed an answer only. *See* Dkt. No. 39.

    Because CitizenHawk has not filed a counterclaim, to avoid any confusion in the record, CitizenHawk respectfully suggests that any enlargement of time should only be granted with respect to Ms. Eddy's deadline to respond to Defendant Match.com's counterclaim.

CASE NO.:  12-23153-CIV-COOKE/TURNOFF

Dated:    March 25, 2013                                  Respectfully submitted,


                                    s/ Janet T. Munn
                                    Janet T. Munn, Esq.
Florida Bar No. 501281
Email:  jmunn@rascoklock.com
**RASCO KLOCK, ET AL.**
283 Catalonia Avenue, Suite 200
Coral Gables, FL  33134
Telephone:  305.476.7101
Telecopy:  305.476.7102

*Counsel for Defendant CitizenHawk, Inc.*

AND

Jedediah Wakefield, Esq.
(*Admitted Pro Hac Vice*)
jwakefield@fenwick.com
Sean S. Wikner, Esq.
(*Admitted Pro Hac Vice*)
swikner@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Telecopy:  415.281.1350

*Counsel for Defendant CitizenHawk, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 25, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk using the CM/ECF filing system and served upon all counsel of record and pro se parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system, or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

**Via U.S. Mail and Email:**
Liz Eddy d/b/a HostSphere.com
Email: lizeddy@gmail.com
2683 Via De La Valle, Suite G510
Del Mar, CA 92014 (Plaintiff *pro se*)

**Via CM/ECF and Email:**
Alan Graham Greer, Esq.
Email: agreer@richmangreer.com
Mark Anthony Romance, Esq.
Email: mromance@richmangreer.com
Chad Gottlieb, Esq.
Email: cgottlieb@richmangreer.com
Richman Greer, P.A.
396 Alhambra Circle
North Tower, 14th Floor
Miami, FL 33134

    Janet T. Munn
    Janet T. Munn, Esq.

4832-9224-3731, v. 1