UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23153-Civ-COOKE/TURNOFF

LIZ EDDY d/b/a HOSTSPHERE.COM,

    Plaintiff,

vs.

MATCH.COM, L.L.C., CITIZENHAWK,
INC., and JOHN DOES 1-100,

    Defendants.
_____/

## ORDER APPROVING WITHDRAWAL OF COUNSEL

    THIS MATTER is before me on the Notice of Withdrawal of Chad Gottlieb, Esq. (ECF No. 57) as counsel of record to the Defendant Match.com, LLC.  Having fully reviewed the Notice of Withdrawal, the record, and the relevant legal authorities, I hereby **APPROVE and ADOPT** the Notice of Withdrawal of Chad Gottlieb, Esq.

    Chad Gottlieb, formerly of the firm Richman Greer, P.A., is relieved of any further responsibility in this matter.  Ethan Wall, Alan Graham Greer, and Mark Anthony Romance of the firm Richman Greer, P.A., shall remain as counsel of record for Defendant Match.com, LLC in this proceeding.

    **DONE and ORDERED** in chambers at Miami, Florida, this 21st day of June 2013.

                                                  MARCIA G. COOKE
                                                United States District Judge

Copies provided to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*